AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>Rafel Brothers<br>Date of Original Judgment: January 30, 2007<br>Date of Previous Amended Judgment: April 30, 2008<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)  Case No:  1:06-CR-119-03<br>)<br>)  USM No:  13600-067<br>)<br>)  Frederick W. Ulrich, Assistant Federal Public Defender<br>*Defendant's Attorney* |

**FILED HARRISBURG, PA FEB 26 2019**

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __188 months imprisonment and five years supervised release__ months **is reduced to** __135 months imprisonment and four years supervised release__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __04/30/2008__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 2-26-19

Judge's signature

Effective Date: _____
*(if different from order date)*        Printed name and title